ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Franzosini SUD S.R.L. ) ASBCA No. 61903
)
Under Contract No. N68171-12-D-0009 )

APPEARANCE FOR THE APPELLANT: Dr. Luca Bosco
Corporate Officer

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
David L. Koman, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 22, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61903, Appeal of Franzosini SUD S.R.L., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals